W. K. Giroux, Claimant-Appellant, *v.* Merlin Karlock, Exr. of the Estate of Everett Madison, Deceased, Respondent-Appellee.

(No. 71-124; ▮▮▮▮▮▮▮▮▮▮)

Third District—September 19, 1972.

Opinion by Mr. JUSTICE ALLOY.

John Bernard Cashion, of Chicago, for appellant.

Donald D. Zeglis, of Momence, and Francis A. Dunn, of Joliet, for appellee.

Sunset Trails Water Company, Plaintiff-Appellant, *v.* Illinois Commerce Commission, Defendant-Appellee.

(No. 72-5; ▮▮▮▮▮▮▮▮▮▮)

Third District—August 25, 1972.

*Rehearing denied October 12, 1972.*